## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

SONIA HUGETT RIVERA

Debtor

CASE 09-10203 SEK

CHAPTER 13

## REPLY TO DEBTOR'S OBJECTION
## TO CLAIM NO. 16 BY BANCO SANTANDER

TO THE HONORABLE COURT:

Comes now, BANCO SANTANDER PUERTO RICO ("Santander"), secured creditor, represented by the undersigned attorney who respectfully pray and state as follows:

1. That on May 27, 2011 the trustee filed an objection to Santander's claim number 16 filed on May 20, 2011. The trustee requested evidence of the perfection of security and endorsement of the note.

2. That on July 5, 2011, Santander filed an amended proof of claim to include the title search that evidences the perfection of the security interest and indication that Santander appears as a servicing agent of AEELA (Asociacion de Empleados del Estado Libre Asociado).

3. That on this date the appearance by Santander will be amended to indicate that Santander appears as the servicing agent of AEELA.

4. That said corrections clarify the status of the claim so that it can be allowed as filed.

WHEREFORE due to the aforesaid Santander very respectfully from this Court that an order be entered denying the objection to claim and allowing the amended proof of claim number 16 as filed.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 8th day of July, 2011.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to Roberto Figueroa Carrasquillo, Esq and Alejandro Oliveras Rivera, Chapter 13 Trustee, and I hereby certify that I have mailed by United States Postal Service the document to non CM/ECF participants.

CARDONA JIMENEZ LAW OFFICE
Attorney for Santander
PO Box 9023593
San Juan, PR  00902-3593
Tel. 787-724-1303
jf@cardonalaw.com
By:
/s/ Vivian Ortiz-Ponce
USDC 211611
vortiz@cardonalaw.com