UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

HUGETT RIVERA, SONIA

Debtor.

Chapter 7
Case No. 09-10203-MCF

TRUSTEE'S OMNIBUS OBJECTION TO
ALLOWANCE OF CLAIMS

**CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR
NAMES AND CLAIMS IN THE OBJECTION - Rule 3007(e)(1)**

Now Comes, NOREEN WISCOVITCH-RENTAS ("Trustee"), to Object to the allowance of the following claim(s) on the grounds specified:

## I. LIST OF CLAIMS ALPHABETICALLY - RULE 3007(e)(2)

| Name of Claimant | Claim No. | Category |
|---|---|---|
| ASOCIACION EMPLEADOS ELA | 000008A | Secured |
| BSPR AS SERVICING AGENT OF AEELA | 000016 | Secured |
| RELIABLE FINANCIAL SERVICES | 000006 | Secured |

## II. LIST OF INDIVIDUAL CLAIMS WITH ADDRESS AND AMOUNTS

| Claim Number | Creditor Name | Creditor Address | Amount Claimed |
|---|---|---|---|
| 000006 | RELIABLE FINANCIAL SERVICES | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 | $16,212.80 |
| 000008A | ASOCIACION EMPLEADOS ELA | ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | $10,438.47 |

Page 1

| 000016 | BSPR AS SERVICING AGENT OF AEELA | BSPR AS SERVICING AGENT OF AEELA<br>CARDONA JIMENEZ LAW OFFICE, PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | $87,734.29 |
|---|---|---|---|

### III. TRUSTEE'S OBJECTIONS - RULE 3007(e)(3):

The Trustee objects to the above stated claims for the following reasons:

Claim No. 000006: RELIABLE FINANCIAL SERVICES - (6-1) CAR LOAN
(6-1) 1529

Property has been abandoned by the Trustee. Creditor to pursue its claim against the property . Claim should be stricken and disregarded.. See Pages 1-2.

Claim No. 000008A: ASOCIACION EMPLEADOS ELA - (8-1) SECURED SAVINGS AND DIVIDENDS

Creditor is secured by the funds held in the account. Creditor can statutorily set-off the amount. Claim should be stricken and disregarded.. See Pages 1-2.

Claim No. 000016: BSPR AS SERVICING AGENT OF AEELA - (16-1) RESIDENTIAL MORTGAGE LOAN NO. 7770(16-2) RESIDENTIAL MORTGAGE LOAN NO. 7770 (16-1) PRE PETITION ARREARS $9,126.79(16-2) PRE PETITION ARREARS $9,126.79

Trustee has abandoned the Bankruptcy Estate's interest in the property object of the Creditor's Mortgage. Creditor to pursue its interest in the property. Claim should be stricken and disregarded.. See Pages 1-2.

Wherefore, the Trustee respectfully requests that this Court disallows said claims as requested.

NOTICE

**PLEASE TAKE NOTICE** that within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

**This Motion requires a Written Response.** If a claimant contests an objection to claim, it must file with the Clerk a written response to the objection. The response must state with particularity why the proof of claim should be allowed, must contain any documentation in support of allowance of the proof of claim and must state why the objection to the proof of claim should be denied. A response to an objection to claim must be served on the objecting party and any other party entitled to receive notice of the response. A claimant who does not file a timely response to a properly served objection to claim is deemed to have agreed that the objection to claim may be granted. If a timely response is not filed, the court may grant the objection to claim without further notice of hearing.

WHEREFORE, the undersigned trustee prays for this Honorable Court that unless a written request for a hearing in opposition to these objections is filed by claimants, to allow or disallow the aforementioned claims as requested and the remedy requested be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by CM/ECF system to all parties listed above and by U.S. First Class Mail as follows on this March 18, 2013.

| RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| --- |
| ASOCIACION EMPLEADOS ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 |
| BSPR AS SERVICING AGENT OF AEELA<br>CARDONA JIMENEZ LAW OFFICE, PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 |

Respectfully submitted,

Dated: March 18, 2013

By: /s/ Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH-RENTAS
Pmb #136
400 Kalaf Street
San Juan, PR 00918
Phone: (787) 946-0132
Fax: (787) 946-0133
Email: noreen@nwr-law.com